UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

The minor child, ARIANNA PADILLA, et al.,

Plaintiff(s),

v.

COLEMAN COMPANY INC., a Delaware Corporation, et al.,

Defendant(s).

No. C  C 07-5211 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")