1    S. MARK VARNEY (State Bar No. 121129)
     GARRETT SANDERSON III (State Bar No. 131026)
2    TROY M. YOSHINO (State Bar No. 197850)
     **CARROLL, BURDICK & McDONOUGH** LLP
3    44 Montgomery Street, Suite 400
     San Francisco, CA 94104
4    Telephone:    415.989.5900
     Facsimile:     415.989.0932
5    Email:        tyoshino@cbmlaw.com

6    Attorneys for Defendants
     JARDEN CORPORATION, COLEMAN COMPANY, INC., and
7    HOME DEPOT U.S.A., INC.

8               **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                 San Francisco Division

| | |
|---|---|
| 11   The minor child, ARIANNA PADILLA, and the ESTATE OF JOSEPH ALBERT | No. C 07-5211 MJJ |
| 12   PADILLA, through PATRICIA G. PADILLA, M.D., Legal Guardian of | |
| 13   ARIANNA PADILLA, and personal representative of the ESTATE OF JOSEPH | **STIPULATED EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT FOR** |
| 14   ALBERT PADILLA, | **ALL DEFENDANTS (JARDEN CORPORATION, COLEMAN COMPANY, INC., AND HOME DEPOT** |
| 15         Plaintiffs, | **U.S.A., INC.)** |
| 16      v. | **[N.D. Cal. Local R. 6-1(a)]** |
| 17   COLEMAN COMPANY, INC., a Delaware Corporation, JARDEN | AND ORDER |
| 18   CORPORATION, a Delaware Corporation; HOME DEPOT U.S.A., | |
| 19   INC., | |
| 20       Defendants. | Hon. Martin J. Jenkins |

21

22

23

24

25

26

27

28

### STIPULATION

By and through their respective counsel of record, plaintiffs Arianna Padilla and the Estate of Joseph Albert Padilla through Patricia G. Padilla, M.D., on the one hand, and defendants Jarden Corporation, Coleman Company, Inc., and Home Depot U.S.A., Inc., on the other hand, stipulate and agree as follows:

1. Jarden Corporation, Coleman Company, Inc., and Home Depot U.S.A., Inc. shall all have up to and including February 28, 2008 to respond to plaintiffs' Complaint in this Action.

Dated: February 8, 2008    Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By        / s /
         Troy M. Yoshino
Attorneys for Defendants
JARDEN CORPORATION, COLEMAN
COMPANY, INC., and HOME DEPOT U.S.A., INC.

Dated: February 8, 2008    Respectfully submitted,

BRAYTON PURCELL LLP
CAMPICHE BLUE, PLLC

By                     
         Clayton W. Kent
Attorneys for Plaintiffs
ARIANNA PADILLA, and the ESTATE OF JOSEPH
ALBERT PADILLA, through PATRICIA G.
PADILLA, M.D.

Pursuant to General Order 45, Section X.B., I hereby attest that I have on file the holograph signatures for the conformed signatures indicated above in this e-filed document.

CARROLL, BURDICK & McDONOUGH LLP

By _____ / s / _____

Troy M. Yoshino

Attorneys for Defendants
JARDEN CORPORATION, COLEMAN COMPANY, INC., and HOME DEPOT U.S.A., INC.



IT IS SO ORDERED

Judge Martin J. Jenkins

2/12/2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA