S. Mark Varney (State Bar No. 121129)
Garrett Sanderson III (State Bar No. 131026)
Peter H. Cruz (State Bar No. 220850)
**Carroll, Burdick & McDonough LLP**
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: gsanderson@cbmlaw.com

Attorneys For Defendants Coleman Company, Inc.,
and Home Depot U.S.A. Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| The minor child, ARIANNA PADILLA, and the ESTATE OF JOSEPH ALBERT PADILLA, through PATRICIA G. PADILLA, M.D., Legal Guardian of ARIANNA PADILLA, and personal representative of the ESTATE OF JOSEPH ALBERT PADILLA,<br><br>Plaintiffs,<br><br>v.<br><br>COLEMAN COMPANY, INC., a Delaware Corporation, JARDEN CORPORATION, a Delaware Corporation; HOME DEPOT U.S.A., INC.,<br><br>Defendants. | No. C 07-05211 VRW<br><br>**REQUEST FOR TELEPHONE APPEARANCE AT CMC ON FEBRUARY 5, 2009; [PROPOSED] ORDER**<br><br>Date: February 5, 2009<br>Time: 3:30 p.m.<br>Courtroom: 6, 17th Floor<br>Judge: The Honorable Vaughn R. Walker |

Defendants Coleman Company, Inc. and Home Depot U.S.A., Inc. respectfully request leave for one of Coleman's attorneys, Scott Schillings, to appear by telephone at the Case Management Conference on February 5, 2009, at 3:30 p.m. Mr. Schillings' office is in Wichita, Kansas, and there is not another event in this case that day. Defendants' local counsel, Garrett Sanderson, will appear personally at the case management conference.

CBM-PRODUCTS\SF433038.1 -1-

REQUEST FOR TELEPHONE APPEARANCE AT CMC; [PROPOSED] ORDER    CASE NO. 07-05211 VRW

Dated: January 29, 2009

Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By _____/s/_____
Garrett Sanderson III
Attorneys for Defendants Coleman Company, Inc., and Home Depot U.S.A. Inc.

## [~~Proposed~~] ORDER

The application for a telephonic appearance by Mr. Schillings at the case management conference on February 5, 2009, is granted. Arrangements shall be made with the Deputy Clerk.

Dated: 2/3/2009

**GRANTED**
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CBM-PRODUCTS\SF433038.1 -2-

REQUEST FOR TELEPHONE APPEARANCE AT CMC; [PROPOSED] ORDER  CASE NO. 07-05211 VRW

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO