1  CLAYTON W. KENT, ESQ., S.B. #123164
   BRAYTON❖PURCELL LLP
2  ATTORNEYS AT LAW
   222 Rush Landing Road
3  P.O. Box 6169
   Novato, California 94948-6169
4  (415) 898-1555

5  Attorneys for Plaintiffs

6  GARRETT SANDERSON, ESQ., S.B. #131026
   CARROLL BURDICK & MCDONOUGH, LLP
7  44 Montgomery Street, Suite 400
   San Francisco, CA 94104
8  (415) 989-5900

9  Attorneys for Defendants

10         IN THE UNITED STATS DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14 The minor child, ARIANNA PADILLA, and the ESTATE OF JOSEPH ALBERT PADILLA, through, PATRICIA G. PADILLA, M.D., Legal Guardian of, ARIANNA PADILLA, and personal representative of the ESTATE OF JOSEPH ALBERT PADILLA, <br><br> 18         Plaintiffs, <br><br> 19  vs. <br><br> 20  COLEMAN COMPANY INC., a Delaware Corporation; JARDEN CORPORATION, a Delaware Corporation; HOME DEPOT U.S.A., INC. <br><br> 22         Defendants. | No. C 07-5211 VRW <br><br> **JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION** |

24         IT IS HEREBY STIPULATED by and between the parties to the above-captioned

25  action, plaintiffs ARIANNA PADILLA and the ESTATE OF JOSEPH ALBERT PADILLA,

26  through, PATRICIA G. PADILLA, M.D., Legal Guardian of, ARIANNA PADILLA, and

27  personal representative of the ESTATE OF JOSEPH ALBERT PADILLA and defendants

28  COLEMAN COMPANY INC. and HOME DEPOT U.S.A., INC., through their designated

counsel of record, that plaintiffs' Complaint be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), each side to bear its own costs and attorney's fees.

Dated: September 24, 2009            BRAYTON❖PURCELL LLP

By: /s_____
Clayton W. Kent
Attorneys for Plaintiff

Dated: September 24, 2009            CARROLL BURDICK & MCDONOUGH, LLP

By: /s_____
Garrett Sanderson
Attorneys for Defendants



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Vaughn R Walker
09/30/09

K:\Medmal\9500\StipDismissal-2.pld.wpd                 2
**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION**